MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESCOBAR C. ROSALES,<br><br>Defendant. | Case No. 1:25-po-00027-SAB<br><br>[Citation #9336959, CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00027-SAB [Citation #9336959, CA/74] against ESCOBAR C. ROSALES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 2, 2025                     Respectfully submitted,

                                                MICHELE BECKWITH
                                              Acting United States Attorney

                              By:     /s/ *Chan Hee Chu*
                                       CHAN HEE CHU
                                       Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00027-SAB [Citation #9336959, CA/74] against ESCOBAR C. ROSALES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **April 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge